UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    RICHARD A HURST SR  
    DAWN M DUERINCK-HURST  
    Debtor(s)

Case No. 07-22990

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/07/2007.

2) The plan was confirmed on 05/02/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/05/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/14/2009.

5) The case was dismissed on 06/05/2009.

6) Number of months from filing to last payment: 12.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $41,500.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $13,003.62 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $13,003.62

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,975.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $734.30 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,709.30

Attorney fees paid and disclosed by debtor: $525.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AIG | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| ALLSTATE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 788.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HOME MORTGAGE | Secured | 53,237.73 | 5,033.76 | 5,033.76 | 5,033.76 | 0.00 |
| AMERICAN HOME MORTGAGE | Secured | NA | NA | NA | 0.00 | 0.00 |
| AMERICAN MEDICAL COLLECTIONS | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 295.00 | 244.25 | 244.25 | 7.23 | 0.00 |
| BABY PORTRAITS | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| BP AMOCO | Unsecured | 620.00 | NA | NA | 0.00 | 0.00 |
| BP OIL CARD CENTER | Unsecured | 523.00 | NA | NA | 0.00 | 0.00 |
| BROOKFIELD ZOO | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL MANAGEMENT SERVICES | Unsecured | 523.31 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,383.00 | 1,405.46 | 1,405.46 | 41.63 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,431.00 | 1,457.34 | 1,457.34 | 43.17 | 0.00 |
| CARDIOVASCULAR CONSULTANTS | Unsecured | 25.02 | NA | NA | 0.00 | 0.00 |
| CB ACCOUNTS | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL CREDIT CONTROL | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| CHECKS UNLIMITED | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| CITY OF NAPERVILLE | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION CO OF AMERICA | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| DAWN ROGERS-HURST | Priority | 500.00 | NA | NA | 0.00 | 0.00 |
| DELAVAN AMBULANCE SERVICE | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| DR ANTHONY DEMONTE | Unsecured | 1,005.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE COUNTY COLLECTOR | Secured | 6,443.03 | 490.83 | 490.83 | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 915.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE SURGICAL CONSULTANTS | Unsecured | 819.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE UROLOGY | Unsecured | 32.03 | NA | NA | 0.00 | 0.00 |
| DUPAGE VALLEY ANESTHESIOLOGIS | Unsecured | 1,030.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ECAST SETTLEMENT CORPORATION | Unsecured | 10,548.00 | 10,288.67 | 10,288.67 | 304.87 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 4,800.00 | 3,063.47 | 3,063.47 | 90.76 | 0.00 |
| EDWARD HEALTH VENTURES | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 5,526.27 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 7,300.00 | NA | NA | 0.00 | 0.00 |
| GC SERVICES | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| GMAC PAYMENT CENTER | Secured | NA | NA | NA | 0.00 | 0.00 |
| H&F LAW | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | 3,566.00 | 2,972.76 | 2,972.76 | 2,972.76 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | NA | 512.40 | 512.40 | 15.17 | 0.00 |
| JEFFREY MANASSE & ASSOC | Unsecured | 178.92 | NA | NA | 0.00 | 0.00 |
| JEWEL FOOD STORES | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| JOHN PANEGASSER | Unsecured | 4,500.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY & PATHOLOGY DIAG | Unsecured | 22.50 | NA | NA | 0.00 | 0.00 |
| MED BUSINESS BUREAU | Unsecured | 1,001.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 2,978.99 | NA | NA | 0.00 | 0.00 |
| MIDWEST COLLECTION | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| MILLENIUM CREDIT CONSULTANT | Unsecured | 389.85 | NA | NA | 0.00 | 0.00 |
| MIRABELLA KINCAID FREDERICK | Unsecured | 4,361.32 | 4,662.16 | 4,662.16 | 138.14 | 0.00 |
| NAPERVILLE RADIOLOGISTS | Unsecured | 195.60 | NA | NA | 0.00 | 0.00 |
| NATIONAL CITY BANK | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT | Unsecured | 4,754.91 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 3,518.26 | NA | NA | 0.00 | 0.00 |
| NEUROMED | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 3,578.00 | 3,733.78 | 3,733.78 | 110.62 | 0.00 |
| NORDIN & STURINO PC | Unsecured | 344.00 | NA | NA | 0.00 | 0.00 |
| OSI COLLECTION SERVICES | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| PEKIN HOSPITAL | Unsecured | 624.44 | NA | NA | 0.00 | 0.00 |
| PEORIA TAZEWELL PATHOLOGY | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 523.00 | 523.31 | 523.31 | 15.49 | 0.00 |
| PROFESSIONAL & MEDICAL COLL | Unsecured | 80.00 | 87.20 | 87.20 | 2.58 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| REVENUE PRODUCTION MANAGEME | Unsecured | 915.00 | NA | NA | 0.00 | 0.00 |
| RMCB | Unsecured | 46.70 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 1,056.00 | 1,056.79 | 1,056.79 | 31.31 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 2,236.42 | 2,236.42 | 2,236.42 | 66.24 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 12,829.46 | 12,829.46 | 12,829.46 | 380.10 | 0.00 |
| SANTANDER CONSUMER USA | Secured | NA | NA | NA | 0.00 | 0.00 |
| SPRING GREEN LAWN CARE | Unsecured | 69.85 | NA | NA | 0.00 | 0.00 |
| SUBURBAN MATERNAL MEDICINE | Unsecured | 25.90 | NA | NA | 0.00 | 0.00 |
| SYNERGY INSTITUTE | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| TALK AMERICA | Unsecured | 163.54 | NA | NA | 0.00 | 0.00 |
| TARGET | Unsecured | 1,091.79 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 359.85 | NA | NA | 0.00 | 0.00 |
| TH PROFESSIONALS AND MED COLL | Unsecured | 90.63 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL INC | Unsecured | 1,336.00 | 1,367.15 | 1,367.15 | 40.49 | 0.00 |
| WOW INTERNET & CABLE | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $5,033.76 | $5,033.76 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $490.83 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$5,524.59** | **$5,033.76** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,972.76 | $2,972.76 | $0.00 |
| **TOTAL PRIORITY:** | **$2,972.76** | **$2,972.76** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$43,467.86** | **$1,287.80** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,709.30 |
| Disbursements to Creditors | $9,294.32 |
| **TOTAL DISBURSEMENTS :** | **$13,003.62** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/19/2009                           By: /s/ Glenn Stearns
                                                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**